UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BRUCE A. GIVEN, | ) |
| Plaintiff, | ) 3:06-cv-00407-LRH (VPC) |
| vs. | ) ORDER |
| THE ADMINISTRATIVE COMMITTEE OF THE NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. SALARIED PENSION PLAN, | ) |
| Defendant. | ) |

Presently before this court is Defendant's motion for award of attorney's fees (#19[1]). Plaintiff has filed an opposition (#23). Defendant has not replied. Also before the court is Plaintiff's notice of tentative settlement (#24). No response or acknowledgment has been filed by Defendant.

This matter is related to case number 3:04-cv-00544-ECR-RAM, currently believed to be on appeal. The underlying proceedings in the pending matter granted Defendant's motion to dismiss based on the doctrine of *res judicata*. Plaintiff's notice of tentative settlement contends that the parties have agreed to an arrangement whereby Plaintiff will drop his appeal in case number 3:04-cv-00544 and Defendant will not proceed with its attempts to collect attorney's fees in either matter.

Given that Defendant has not responded in any way to Plaintiff's notice of tentative

---

[1] References to (#XX) refer to the court's docket.

settlement and that no proposed settlement agreement appears to have been filed in either matter, the court is unsure of the current status of this matter. Accordingly, a status conference is hereby set for hearing on Monday the 25th day of June, at 9:00 a.m. If settlement documents or a stipulation for dismissal is filed before Thursday the 21st day of June, the scheduled hearing will be automatically vacated.

IT IS SO ORDERED.

DATED this 31st day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE